Certificate Number: 03088-NV-DE-023495514

Bankruptcy Case Number: 14-12404



03088-NV-DE-023495514

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2014, at 8:33 o'clock PM CDT, Shanana V Doherty completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date: May 28, 2014

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor